692 A.2d 981

IN THE MATTER OF DENNIS D. JOY, AN ATTORNEY AT LAW.

May 7, 1997.

## ORDER TO SHOW CAUSE

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–11, recommending that **DENNIS D. JOY** of **PATERSON**, who was admitted to the bar of this State in 1974, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **DENNIS D. JOY** is suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **DENNIS D. JOY** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

It is ORDERED that **DENNIS D. JOY** show cause before this Court on June 3, 1997, at 2:00 p.m., Supreme Court courtroom, Hughes Justice Complex, Trenton, why he should not be temporarily suspended from practice and why the Court should not take such other action as it deems appropriate; and it is further

ORDERED that David E. Johnson, Jr., Esquire, or his designee, present this matter to the Court; and it is further

ORDERED that **DENNIS D. JOY** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.